DAVID E. KAHN, City Attorney (98128)
KATHRYN A. BERRY, Senior Assistant City Attorney (99325)
REBECCA L. MOON, Assistant City Attorney (167981)
ROBERT L. BOCO, Assistant City Attorney (197032)
CITY OF SUNNYVALE
OFFICE OF THE CITY ATTORNEY
456 West Olive Ave.
Sunnyvale, CA 94086
(408) 730-7464 (voice)
(408) 730-7468 (fax)

Attorneys for Defendant
DEVON KLEIN and SUNNYVALE DEPARTMENT OF PUBLIC SAFETY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| JAMES ALAN BUSH, | Case No. C08 03456 |
| Plaintiff, | NOTICE OF RELATED CASE |
| vs. | |
| DEVON KLEIN, SUNNYVALE DEPARTMENT OF PUBLIC SAFETY, | BY FAX |
| Defendants. | |

Defendant is informed and believes that the case *Bush v. Sunnyvale Dept. of Public Safety*, 5:08-CV-01354-JF, is related to the above-entitled case in that the actions involve the same parties and arise out of the same events, and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Dated: July 17, 2007                                CITY OF SUNNYVALE

                                                    By: _____
                                                        Rebecca L. Moon
                                                        Assistant City Attorney

-1-

NOTICE OF RELATED CASE