DAVID E. KAHN, City Attorney (98128)
KATHRYN A. BERRY, Senior Assistant City Attorney (99325)
REBECCA L. MOON, Assistant City Attorney (167981)
ROBERT L. BOCO, Assistant City Attorney (197032)
CITY OF SUNNYVALE
OFFICE OF THE CITY ATTORNEY
456 West Olive Ave.
Sunnyvale, CA 94086
(408) 730-7464 (voice)
(408) 730-7468 (fax)

Attorneys for Defendant
DEVON KLEIN, and
SUNNYVALE DEPARTMENT OF PUBLIC SAFETY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DEVON KLEIN, SUNNYVALE DEPARTMENT OF PUBLIC SAFETY,<br><br>　　　　　Defendants. | Case No. C 08-03456 RS<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND RELATED DOCUMENTS** |

　　　　Barbara Roberts certifies and declares as follows:

　　　　I am over the age of eighteen years and not a party to this action. My business address is the City of Sunnyvale, Office of the City Attorney, 456 West Olive Avenue, Sunnyvale, CA 94086, which is located in the City, County and State where the mailing described herein below took place.

　　　　On July 17, 2008, I deposited in the United States Mail at Sunnyvale, California to plaintiff pro per James Alan Bush, 1211 East Santa Clara Avenue #4, San Jose, CA 95116, a

-1-

---

CERTIFICATE OF SERVICE　　　　　　　　　　　　　　　　　　　　　　　　　　C 08-03456 RS

1  copy of the Notice to Adverse Party and Clerk of The Santa Clara County Superior Court of
2  Removal to Federal Court of Action No. 1-08-CV-117198 Under 28 U.S.C. 1441(B) [Federal
3  Question]; Demand For Jury Trial; Civil Case Cover Sheet; and Notice of Related Cases.

     On July 22, 2008, I also caused a copy of all of the following documents received from the Clerk of the Northern District in connection with United States District Court Action Number C 08-03456 RS to be mailed in a sealed envelope per standard business practices to Plaintiff James Alan Bush at his above-described address: (1) filed Civil Case Cover Sheet; (2) Order Setting Initial Case Management Conference and ADR Deadlines; (3) Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California; and (4) Welcome to the United States District Court, Clerk's Office, San Jose Division.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Certificate of Service is true and correct.

Dated: July 22, 2008    _____
                                                             Barbara Roberts