DAVID E. KAHN, City Attorney (98128)
KATHRYN A. BERRY, Senior Assistant City Attorney (99325)
REBECCA L. MOON, Assistant City Attorney (167981)
ROBERT L. BOCO, Assistant City Attorney (197032)
CITY OF SUNNYVALE
OFFICE OF THE CITY ATTORNEY
456 West Olive Ave.
Sunnyvale, CA 94086
(408) 730-7464 (voice)
(408) 730-7468 (fax)

Attorneys for Defendants
DEVON KLEIN and SUNNYVALE DEPARTMENT OF PUBLIC SAFETY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>Plaintiff,<br><br>vs.<br><br>DEVON KLEIN, SUNNYVALE DEPARTMENT OF PUBLIC SAFETY,<br><br>Defendants. | Case No.: C 08-03456 RS<br><br>**DECLARATION OF MARIE CHIA IN SUPPORT OF MOTION TO DISMISS OR QUASH FOR DEFECTIVE SERVICE OF PROCESS [FRCP 12(b)(5)]**<br><br>Date: September 10, 2008<br>Time: 9:30 a.m.<br>Dept.: 4<br>Hon. Richard Seeborg |

I, Marie Chia, declare and state:

I am an employee of the City of Sunnyvale, Department of Public Safety, Records Division. I make the following declaration based upon my personal knowledge.

1. On July 15, 2008, James Alan Bush came to the Sunnyvale Department of Public Safety located at 700 All America Way, Sunnyvale, California, and delivered two summonses

-1-

DECLARATION OF MARIE CHIA                                           C 08-03456 RS

and complaints in the above-entitled action and one other action. I am the employee who accepted the summonses and complaints from Mr. Bush.

 2. Mr. Bush told me that he was serving a summons and complaint and he asked me to advise the officers of the court dates.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed by me this 29 day of July 2008, in Sunnyvale, California.

_____
Marie Chia

DECLARATION OF MARIE CHIA      C 08-03456 RS

PROOF OF SERVICE BY MAIL
*James Alan Bush v. James Anton, et. al.*
Case No.:  C 08-03456 RS

    I am a citizen of the United States and employed in Santa Clara County. My business address is 456 West Olive Avenue, Sunnyvale, California 94086. I am over the age of 18 years and not a party to this action.

    On July 31, 2008, I served the following document(s) described as:

**DECLARATION OF MARIE CHIA IN SUPPORT OF MOTION TO DISMISS OR QUASH FOR DEFECTIVE SERVICE OF PROCESS [FRCP 12(b)(5)]**

in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

James Alan Bush
1211 East Santa Clara Ave. #4
San Jose, CA 95116

[x] (U.S. MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Sunnyvale, California. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the United States Postal Service, and that practice is that correspondence is deposited with the United States Postal Service that same day as the day of collection in the ordinary course of business.

[] [FACSIMILE] By transmitting a true copy thereof by facsimile transmission from facsimile number (408) 730-7468 to the interested parties in said action at the facsimile number(s) shown above.

[ ] [OVERNIGHT DELIVERY] By placing a true copy thereof enclosed in a sealed envelope with delivery charges to be billed to the City of Sunnyvale, to be delivered by Federal Express Overnight Service to the address(es) shown above.

[ ] [HAND DELIVERED] By delivering a true copy thereof enclosed in a sealed envelope to the address(es) shown above.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Certificate of Service is true and correct. Executed on July 31, 2008, at Sunnyvale, CA.

SAM ROBERTS

DECLARATION OF MARIE CHIA          C 08-03456 RS