**E-filed 8/13/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

JAMES ALAN BUSH,

    Plaintiff,

     v.

DEVON KLEIN, et al.,

    Defendants.
_____

No. C-08-3456-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

Due to a recent reassignment in this case, the Court has rescheduled the Case Management Conference currently scheduled for November 5, 2008. The new hearing date is Friday, November 7, 2008 at 10:30 AM. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 8/13/08

For the Court,
Richard W. Wieking, Clerk

Diana Munz
electronic signature
Courtroom Deputy